UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Petitioner,                          Misc. No. 16-mc-51210
                                            Hon. Matthew F. Leitman

-vs-

ROBERT M. FALLS,

       Respondent.
_____/

## ORDER OF VOLUNTARY DISMISSAL

Petitioner having advised the Court that it wishes to voluntarily dismiss without prejudice the Petition to Enforce IRS Summons filed against the respondent, Robert M. Falls;

**IT IS HEREBY ORDERED** that the Petition to Enforce IRS Summons filed against Robert M. Falls by the petitioner is hereby dismissed without prejudice and without costs to either party.

                                                 s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated:   October 17, 2016

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2016, by electronic means and/or ordinary mail.

                                    s/Holly A. Monda  
                                    Case Manager  
                                    (313) 234-5113